UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ISMAEL CANDELAS, | ) | Case No.: 13-CV-03571-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR |
| OCWEN LOAN SERVICING, LLC, *et al.*, | ) ) | FAILURE TO PROSECUTE |
| Defendants. | ) ) | |

Plaintiff Ismael Candelas filed the complaint in the instant litigation on August 1, 2013. *See* ECF No. 1. On September 25, 2013, Defendant Norcal Homes Investment Group, LLC ("Norcal") filed a Motion to Dismiss. *See* ECF Nos. 8, 9. On October 15, 2013, Norcal filed a reply, noting that Plaintiff had not filed a timely opposition. *See* ECF No. 11. On October 25, 2013, Defendant Ocwen Loan Servicing ("Ocwen") filed a Motion to dismiss. *See* ECF No. 14.

Both Norcal and Ocwen had also filed consents to proceed before a Magistrate Judge for all purposes. *See* ECF Nos. 12, 16. Nevertheless, because Plaintiff had not filed a consent or declination form despite several reminders from the Court, Magistrate Judge Lloyd filed an order on October 30, 2013 reassigning the case to a district judge, and the matter was reassigned to the undersigned. *See* ECF Nos. 20, 21.

1      On November 4, 2013, Ocwen renoticed its Motion to Dismiss before the undersigned
2 judge. *See* ECF No. 22. On November 5, 2013, Plaintiff filed an Amended Complaint, which
3 mooted the Motion to Dimiss. *See* ECF Nos. 25, 32, 33.

4      On November 22, 2013, Ocwen filed a Motion to Dismiss the Amended Complaint. *See*
5 ECF No. 27. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Ocwen's Motion to
6 Dismiss was due on December 6, 2013. Plaintiff did not file an opposition by that deadline.
7 Plaintiff did, however, file a Notice of Voluntary Dismissal of Norcal on November 25, 2013. *See*
8 ECF No. 28. Ocwen filed a reply noting Plaintiff's lack of timely opposition to Ocwen's Motion to
9 Dismiss on December 16, 2013. *See* ECF No. 30. As of today, March 10, 2014, Plaintiff has not
10 filed an opposition or statement of non-opposition to Ocwen's Motion to Dismiss.

11      In light of Plaintiff's failure to timely oppose Ocwen's Motion, the Court ORDERS
12 Plaintiff to show cause why this case should not be dismissed with prejudice for failure to
13 prosecute under Federal Rule of Civil Procedure 41(b). This Order does not authorize Plaintiff to
14 file an untimely opposition to the Motion to Dismiss. **Plaintiff, who is represented by counsel,**
15 **has until March 17, 2014 to file a response to this Order to Show Cause**. A hearing on this
16 Order to Show Cause is set for **Thursday, March 27, 2014 at 1:30 p.m**. Plaintiff's failure to
17 respond to this Order and to appear at the March 27, 2014 hearing will result in dismissal with
18 prejudice for failure to prosecute. The April 3, 2014 hearing on the Motion to Dismiss remains as
19 set.

20 **IT IS SO ORDERED.**

22 Dated: March 10, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No.: 13-CV-03571-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE